2014 FEB 28 PM 1:57

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**PTA-FLA, INC., a Florida Corporation,**

**Plaintiff,**

**vs.** **CASE NO. 3:11-CV-00510-TJC-JRK**

**ZTE USA, INC., a New Jersey Corporation,**

**Defendant.**

---

**NON-PARTY NTCH WEST-TENN, INC.'S RESPONSE TO DEFENDANT'S MOTION TO REOPEN CASE, JOIN PARTIES, AND CONFIRM FINAL AWARD IN ARBITRATION**

Non-Party NTCH West-Tenn, Inc. ("NTCH West-Tenn") makes a limited appearance to respond to Defendant ZTE (USA) Inc.'s ("ZTE") Motion to Reopen Case, Join Parties, and Confirm Final Award in Arbitration, Dkt. No. 21 ("Motion to Join").

NTCH West-Tenn was served with the Motion to Join by a private process server on February 14, 2014. Dkt. No. 24-2. NTCH West-Tenn is a Tennessee corporation with its principal place of business in Jackson, Tennessee and is the plaintiff in a case against ZTE pending in the Western District of Tennessee, Docket No. 1:11-cv-01169 (the "Tennessee Action"). In that case, Defendant filed two different motions to compel arbitration. The first motion was denied and the second motion was granted. Accordingly, NTCT West-Tenn's claims were heard in a proceeding before the International Centre for Dispute Resolution ("ICDR") along with the plaintiff in this action, PTA-FLA, Inc.'s ("PTA-FLA") claims against ZTE (the "Arbitration"). A status conference in the Tennessee Action is set for March 11, 2014.

Through the undersigned counsel, NTCH West-Tenn, has been in contact with non-party Daredevil, Inc. who ZTE also seeks to join in this action and has reviewed Daredevil, Inc.'s response to ZTE's Motion to Join. NTCH West-Tenn incorporates the arguments made by Daredevil in that submission by reference and accordingly: (1) requests that the Court continue the stay until the arbitrator rules on the Arbitration claimants' correction request; (2) notifies the Court that it intends to respond to ZTE's motion to confirm if it is joined as a party in this case; and (3) requests that no response be required until NTCH-West Tenn. is properly served.

Given the limited nature of this appearance, and NTCH West-Tenn's status as a non-party, the undersigned counsel respectfully requests that the Court waive the written designation, fee, and e-mail registration requirements set forth in Local Civil Rule 2.02(a). If NTCH West-Tenn is served and joined as a party in this case, it intends to secure local representation.

Respectfully submitted,

SPRAGINS, BARNETT & COBB, PLC

By: Sara E. Barnett

Charles H. Barnett, III - 008721
Sara E. Barnett - 021379
Attorneys for NTCH West-Tenn, Inc.
312 East Lafayette Street
P.O. Box 2004
Jackson, Tennessee 38302
(731) 424-0461

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 28th 2014, I caused a copy of the foregoing to be served on the following:

Laura Besvinick, Esquire
Hogan Lovells US LLP
600 Brickell Avenue
Suite 2700
Miami, Florida 33131
Attorneys for Defendant ZTE USA, Inc.

Via Email (per agreement)
Christopher C. Hazelip
Florida Bar No. 438049
Cristine M. Russell
Florida Bar No. 0157406
L. Javan Grant
Florida Bar No. 0799521
1301 Riverplace Blvd., Suite 1500
Jacksonville, Florida 32207
(904) 398-3911 / (904) 396-0663 Fax
Chazelip@rtlaw.com
CRussell@rtlaw.com
JGrant@rtlaw.com
Attorneys for Plaintiff PTA-FLA, INC., a Florida Corporation

Sara C. Barrett



JAX\1845120_4