FILED

2014 MAR -4 PM 3:07

JACKSONVILLE, FLORIDA

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**PTA-FLA, INC., a Florida Corporation,**

**Plaintiff,**

**vs.** **CASE NO. 3:11-CV-00510-TJC-JRK**

**ZTE USA, INC., a New Jersey Corporation,**

**Defendant.**

---

**NON-PARTY NTCH-WA, INC.'S RESPONSE TO DEFENDANT'S MOTION TO REOPEN CASE, JOIN PARTIES, AND CONFIRM FINAL AWARD IN ARBITRATION**

Non-Party NTCH WA, Inc. ("NTCH-WA") makes a limited appearance to respond to Defendant ZTE (USA) Inc.'s ("ZTE") Motion to Reopen Case, Join Parties, and Confirm Final Award in Arbitration, Dkt. No. 21 ("Motion to Join").

NTCH-WA was served with the Motion to Join via NTCH-WA's registered agent by a private process server on February 18, 2014. Dkt. No. 24-1. NTCH-WA is a Washington corporation. NTCH-WA has reviewed non-party Daredevil, Inc.'s response to ZTE's Motion to Join and incorporates the arguments made by Daredevil in that submission by reference herein. Accordingly, NTCH-WA respectfully: (1) requests that the Court continue the stay until the arbitrator issues a ruling with respect to NTCH-WA and the other claimants' correction request; (2) reserves its rights to respond to ZTE's motion to confirm if it is joined as a party in this case; and (3) requests that no response be required until NTCH-WA is properly served.

Given the limited nature of this appearance, and NTCH-WA's status as a non-party, the undersigned counsel respectfully requests that the Court waive the written designation, fee, and

e-mail registration requirements set forth in Local Civil Rule 2.02(a). If NTCH-WA is served and joined as a party in this case, it intends to engage local counsel.

Dated: March 3, 2014
New York, New York

Lisa M. Sofio NYB #4615779
Hollyer Brady LLP
60 East 42nd Street, Suite 1825
New York, New York 10165
Phone: (212) 682-18797
Fax: (212) 661-1846

*Attorney for Non-Party NTCH-WA, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 4, 2014, I caused a copy of the foregoing to be served on the following:

Via U.S. Mail
Laura Besvinick, Esquire
Hogan Lovells US LLP
600 Brickell Avenue
Suite 2700
Miami, Florida 33131
Attorneys for Defendant ZTE USA, Inc.

Via Email (per agreement)
Christopher C. Hazelip
Florida Bar No. 438049
Cristine M. Russell
Florida Bar No. 0157406
L. Javan Grant
Florida Bar No. 0799521
1301 Riverplace Blvd., Suite 1500
Jacksonville, Florida 32207
(904) 398-3911 / (904) 396-0663 Fax
Chazelip@rtlaw.com
CRussell@rtlaw.com
JGrant@rtlaw.com
Attorneys for Plaintiff PTA-FLA, INC., a Florida Corporation

Lisa M. Sofio