IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PTA-FLA, Inc., a Florida corporation, et al,

Plaintiffs

CASE NO. 3:11-CV-00510-TJC-JRK

vs.

ZTE USA, Inc., a New Jersey corporation,

Defendant.

______________________________________

**DAREDEVIL, INC., NTCH WEST-TENN, INC., AND NTCH-WA, INC.'S MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANT ZTE USA, INC.'S COMBINED RESPONSE TO THE ARGUMENTS OF DAREDEVIL, INC., NTCH WEST-TENN, INC., AND NTCH-WA, INC. REGARDING PERSONAL JURISDICTION AND SERVICE**

Joined Parties Daredevil, Inc., NTCH West-Tenn, Inc., and NTCH-WA, Inc. (the "Joined Parties"), pursuant to Local Rule 3.01(c), request that this Court grant leave to file a reply to Defendant ZTE USA, INC.'S Combined Response to the Arguments of Daredevil, Inc., NTCH West-Tenn, Inc., and NTCH-WA, Inc. Regarding Personal Jurisdiction and Service (DE 61) (the "Combined Response"), and in support of their request state as follows:

1. On December 16, 2014, this Court issued its *Order* (DE 58) directing Defendant ZTE USA to file a response to the "Responses" of the Joined Parties to Defendant's Motion to Reopen Case, Join Parties, And Confirm Final Award in Arbitration and Enter Final Judgment Thereon (DE 21).

2. In their Responses (DE 28, 29, and 31), the Joined Parties raised personal jurisdictional and service contests, which, via its *Order*, this Court ordered Defendant ZTE to brief in its response.

3. On January 22, 2015, Defendant filed its Combined Response.

4. Therein, Defendant raised issues that the Joined Parties desire to address in a reply and are appropriate for addressing as they do not re-argue authority but address Defendant's substantially unanticipated arguments.

5. First, the Combined Response suggests that there has been a change in the service requirements under the Federal Arbitration Act to allow for service by a means other than the statutorily-mandated US Marshal's Service.

6. Second, the Combined Response suggests that Joined Parties NTCH West-Tenn, Inc. and NTCH-WA, Inc. agreed to the personal jurisdiction of this Court, which is not the case.

7. The Joined Parties therefore seek leave to file a reply to the Combined Response, and request six (6) pages for the reply.

**Memorandum of Law**

Rule 3.01(c), Local Rules for the Middle District of Florida, provides that the Court can grant leave to file a reply upon a motion requesting same. In this instance, the Combined Response makes assertions that are contrary to persuasive or controlling authority and the documents of record. Allowing the Joined Parties leave to reply would assist this Court in making a ruling.

Further, none of the Joined Parties' points would be re-argument.

**Rule 3.01(g) Conference**

Counsel for the Joined Parties certifies that counsel for the Joined Parties has conferred with counsel for Defendant, who objects to the requested relief.

WHEREFORE, the Joined Parties respectfully request this Court enter an order granting leave to file a six (6) page reply to the Combined Response.

Dated this 3rd day of February 2015.

Respectfully submitted,

**BAGGETT LAW**

s/Matthew B. Baggett
MATTHEW B. BAGGETT
Florida Bar No.: 0015896
1539 San Marco Boulevard
Jacksonville, Florida 32207
(904) 396.1100 (Phone)
(904) 404.8346 (Fax)
*mbb@baggettlaw.com*
*cnp@baggettlaw.com*
Co-Counsel for the Joined Parties

*and*

**GALLAGHER & MOORE**

Shannon Gallagher
2 Park Plaza, Suite 680
Irvine, CA 92614-2589
949-955-2880 (phone)
949-955-2875 (fax)
*sgallagher@gallagherandmoore.com*
Co-Counsel for the Joined Parties
(Pro Hac Vice Admission Pending)

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2015, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the counsel so indicated below:

Laura E. Besvinick
Matthew Bray
Hogan Lovells US LLP
Ste 2700
600 Brickell Ave
Miami, FL 33131
*laura.besvinick@HoganLovells.com*
*matthew.r.bray@hoganlovells.com*

s/Matthew B. Baggett